ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| MICHAEL BRIAN COLSON (01)<br>JOHN DAVID JOINER (02)<br>JEREMY LYNN MCDANIEL (03) | 4-22CR-141-O |

## INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

In and around March and April 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Michael Brian Colson**, **John David Joiner** and **Jeremy Lynn McDaniel** along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

Forfeiture Notice
(21 U.S.C. § 853)

Pursuant to 21 U.S.C. § 853(a), upon conviction of Count One, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of Count One, and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of Count One.

The government may seek a forfeiture money judgment.

The government may seek forfeiture of substitute property as allowed by 21 U.S.C. § 853(p).

A TRUE BILL.

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
Email: Shawn.Smith2@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

MICHAEL BRIAN COLSON (01)
JOHN DAVID JOINER (02)
JEREMY LYNN MCDANIEL (03)

---

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

21 U.S.C. § 853
Forfeiture

---

A true bill rendered

---

FORT WORTH                                   _____ FOREPERSON

Filed in open court this 11th day of May, 2022.

---

**Defendants Joiner (02) in Federal Custody Since April 12, 2022.**
**Defendants Colson (01) and McDaniel (03) – Warrant to Issue – In State Custody**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-268-BJ